IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01704-RPM

LUIS FERNANDO REYES,

     Plaintiff,

v.

TEMPO FINANCIAL HOLDINGS CORPORATION,

     Defendant.

_____

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.4
_____

     It appearing from the files and records that defendant has not filed a disclosure statement, it is

     ORDERED, that counsel for the defendant shall file a disclosure statement pursuant to

D.C.COLO.LCivR 7.4.

     Dated:   August 30th, 2013

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
     .                                            Richard P. Matsch, Senior District Judge