THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01704-RPM

LUIS FERNANDO REYES,

 Plaintiff,

v.

TEMPO FINANCIAL HOLDINGS CORPORATION,

 Defendant.

_____

ORDER FOR STATUS REPORT
_____

 At the conference held on October 17, 2013, this counsel agreed to file a motion to stay this case to determine value of shares. Nothing further has been filed and it is therefore

 ORDERED that counsel shall file a status report on or before February 17, 2014.

 Dated: February 6$^h$, 2014

           BY THE COURT:

           s/Richard P. Matsch
           _____
           Richard P. Matsch, Senior District Judge