THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01704-RPM

LUIS FERNANDO REYES,

    Plaintiff,

v.

TEMPO FINANCIAL HOLDINGS CORPORATION,

    Defendant.

_____

ORDER FOR CLARIFICATION
_____

At the scheduling conference, on October 17, 2013, it was agreed that proceedings in this civil action should be stayed pending release of information concerning the value of shares of the defendant to determine whether this court has jurisdiction based on the amount in controversy. On February 17, 2014, the plaintiff filed a status report indicating that documents had not been received from the defendant and on the same date the defendant filed a status report indicating that it has disclosed to the plaintiff unaudited financial statements for the requisite time frame. It is now

ORDERED that the parties shall file statements clarifying this apparent contradiction by February 28, 2014.

Dated: February 21st, 2014

                                                   BY THE COURT:

                                                   s/Richard P. Matsch
                                                   _____
                                                   Richard P. Matsch, Senior District Judge