THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01704-RPM

LUIS FERNANDO REYES,

    Plaintiff,

v.

TEMPO FINANCIAL HOLDINGS CORPORATION,

    Defendant.

_____

## ORDER FOR STATUS REPORT
_____

Pursuant to this Court's Order for Clarification [Doc. 18] entered on February 21, 2014, Defendant joined in Plaintiff's Statement of Clarification, informing that Plaintiff is in the process of reviewing requested documents [Doc. 19 and 20]. Nothing further has been filed and it is therefore

ORDERED that counsel shall file a status report on or before June 18, 2015.

Dated:   June 11th, 2015

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  _____
                                                  Richard P. Matsch, Senior District Judge