THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01704-RPM

LUIS FERNANDO REYES,

    Plaintiff,

v.

TEMPO FINANCIAL HOLDINGS CORPORATION,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal [Doc. 22], it is

    ORDERED that this case is dismissed without prejudice, each party bearing their own costs.

    DATED:   June 17th, 2015

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge